**Freddy Moreno TORRES, Plaintiff-Appellant,**

v.

**Michael C. SAYRE, M.D., "CMO", sued in their official and individual capacity; et al., Defendants-Appellees.**

No. 16-15760

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2017 *

Filed March 21, 2017

Freddy Moreno Torres, Pro Se

Rohit Kodical, AGCA—Office of the Attorney General, Oakland, CA, for Defendants-Appellees

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Freddy Moreno Torres, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment because Torres failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent in treating his chronic pain and the 2013 injury to his left arm. *See id.* at 1057-60 (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health; negligence and a mere difference in medical opinion are insufficient to establish deliberate indifference); *see also Estelle v. Gamble*, 429 U.S. 97, 107, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976) ("A medical decision not to order an X-ray, or like measures, does not represent cruel and unusual punishment.").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

